JOSEPH R. PURCELL, Doing Business under the Firm Name and Style of STEUBEN MOTOR COMPANY, Appellant, v. DANIEL REDMOND, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers and printed

briefs by April fifteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.